| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>Florida Commission on Human Relations and EEOC<br>State or local Agency, if any | [ ] FEPA<br>[X] EEOC | |

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Maureen Herbst | HOME TELEPHONE (Include Area Code)<br>REDACTED |
|---|---|
| STREET ADDRESS<br>REDACTED<br>REDACTED | DATE OF BIRTH<br>REDACTED |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME<br>American Orthodontics Corporation | NUMBER OF EMPLOYEES, MEMBERS<br>500 +/- | TELEPHONE (Include Area Code)<br>(920) 457-5051 |
|---|---|---|
| STREET ADDRESS<br>3524 Washington Avenue | CITY. STATE AND ZIP CODE<br>Sheboygan, WI 53081 | COUNTY<br>Palm Beach County |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST (ADEAJEPA)     LATEST (ALL) |
| [ ] RACE   [ ] COLOR   [x] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN | May 2021 (age discrimination)    Present date (continuing) |
| | January 2012 (gender discrimination)    (Present date) continuing |
| [x] RETALIATION   [x] AGE   [ ] DISABILITY   [ ] OTHER Pregnancy Act | [X] CONTINUING ACTIONS |

THE PARTICULARS ARE (If additional space is needed. attach extra sheet(s))

See attached Exhibit "A"

---

State of Virginia
City of Norfolk to wit:

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/ Maureen Herbst (Apr 27, 2022 14:33 EDT)     Apr 27, 2022
SIGNATURE OF COMPLAINANT     DATE

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this 27 day of April, 2022.

My commission expires: 04 / 30 / 2023

Ketsia McClease
Notary Public

This notarial act was performed online by way of two-way audio/video communication technology.

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Date: Apr 27, 2022    Charging Party: Maureen Herbst (Apr 27, 2022 14:33 EDT)
**Maureen Herbst**

EEOC Form 5 modified

---

Exhibit A

## Exhibit "A"

### To Charge of Discrimination filed by Maureen Herbst ("Ms. Herbst") against American Orthodontics Corporation (the "Company" and/or "American Orthodontics")

**FACTUAL STATEMENT.** I have been employed as a Senior Territory Manager covering South Florida and the Tampa Bay Area with American Orthodontics for over 12 years. During that time, I have grown revenues in my territory from approximately $700,000/year to over $4,000,000/year. I have been one of the Company's top performers, consistently exceeding sales targets and receiving many high honors and accolades (Sales Person of the Year, Presidents Club 10 out of 12 years) for my loyal and dedicated service to the Company.

In or around March 24, 2022, I informed the Company, through its Vice President of Sales, Todd Beaudoin, that I had been continuously mistreated and bullied by my manager, Kevin Reifschneider and how I had been subjected to a hostile work environment and discriminated against on the basis of my gender (female) and age (51). During my call with Mr. Beaudoin, I explained to him how Mr. Reifschneider has a habit of treating me unprofessionally, bullying me, making demeaning remarks to me (often on the basis of my gender), promoting falsehoods to diminish my success, becoming irate with me whenever I speak up and then screaming at me in an effort to silence me. Most, if not all, of these kinds of problems have been ongoing, but have gotten worse more recently. As a result, I really began to suffer emotionally and physically as a result.

Mr. Reifschneider has made many derogatory and demeaning comments either to me, or to my co-workers, about me; which include, but are not limited to the following:

- "You're so lucky to have a dual income with your husband."
- "You made $XXX,000 last year. My wife made barely anything."
- "Maureen has the most potential to bring in revenue," (based on non-factual data).
- "Maureen doesn't work."

During my call with Mr. Beaudoin, wherein I reported the harassment and discrimination I was experiencing at the hands of my manager, Mr. Reifschneider, Mr. Beaudoin assured me that things would be ok, that I would remain the Company's "Tampa Rep" and that would not change. The real issues of bullying, mistreatment and discrimination were not addressed and I continued to be subjected to Mr. Reifschneider's bullying tactics and discrimination.

On March 28, 2022, I followed up with Mr. Beaudoin regarding my complaints of mistreatment and described in detail how Mr. Reifschneider had again bullied, berated and belittled me in a recent call. While explaining the mistreatment, I began to cry and expressed the anxiety it had caused and how Mr. Reifschneider's refusal to treat me professionally was interfering with my work. It was during this call with Mr. Beaudoin that I requested a new manager. Mr. Beaudoin stated he would look into it and assured me that I was in a "Safe Place," which he had told me many times.

On March 30, 2022, Mr. Beaudoin requested I prepare a letter detailing my complaints and request to report to a new manager and send it to Mr. Beaudoin and the Company's Human Resources representative, Sue Nett. I complied with Mr. Beaudoin's request and sent the letter (via email) on April 1, 2022 with a follow-up letter (via email) with additional details on April 5, 2022. In that email I expressed my concerns to Mr. Beaudoin in that I felt as though I was being pushed out and having to train my replacement, a younger 28 year old male.

On April 14, 2022, Mr. Beaudoin called me to follow up on my complaints and informed me that I would be reassigned to a new manager, Clint Moore, but also that my territory would be reduced, removing the Tampa Bay portion with 2021 Revenues of $1,412,912.21 and that territory would be given to Will Bentson, a 28 year old male employee hired to assist me and my counterpart, Jon Hall (a male with territory much larger than mine, comprised of Alabama, South Carolina, parts of Georgia and Central and North Florida). Mr. Bentson had very little experience and was covering Southeastern States just 10 months ago. When I objected and questioned Mr. Beaudoin about this reduction of my territory, he responded by telling me, "This is happening."

Not only did the Company fail to investigate my complaints, but it chose to deal with them by punishing and retaliating against me by taking away a substantial portion of my territory and therefore my earnings and future earning potential. The Company's culture is one of a "Good Ol' Boys Club that discriminates against women, especially those that are successful and as I have now learned, one that retaliates against women who report complaints of mistreatment and bullying by their male managers.

Never in the 12 years that I have been with the Company, has it ever reduced a representative's territory in any significant way. Being the only female with a territory in excess of $4,000,000/year, the Company chose to reduce my territory by $1,412,000/year, while a male counterpart with a territory in excess of $4,800,000-$6,000,000/year had his territory reduced by a mere $200,000 in order to carve out territory for Mr. Bentson. The Company's decision to reduce my territory and revenue was not only involuntary and sudden, but also retaliatory.

The "Good Ol' Boys Club" toxic culture at the Company is rampant. There are no female sales managers, nor have there ever been. In 2021, a proven, successful 56 year old female representative applied for a regional sales manager position in the Northeast where she had worked and lived for a decade was passed over for a 31 year old male who had recently returned to American Orthodontics from another company and worked and lived outside the Northeast Territory and continues to reside in Atlanta GA. Frustrated with the "Good Ol' Boys Club," she made the difficult choice to move on and start over. This Company cannot seem to tolerate long tenured, successful women in their ranks. There is certainly no "Safe Place" within the Company and certainly not after you report complaints of mistreatment, bullying tactics and discrimination. The discriminatory and retaliatory actions and inactions of American Orthodontics have not only negatively impacted my career at American Orthodontics, but have dramatically negatively impacted the future of my 30 year career in the Orthodontic Industry.

**DISCRIMINATION STATEMENT**. I believe that I have been discriminated against under Title VII based on my age (51) and gender (female) in violation of the American's With Disabilities Act, as Amended (ADAAA), under the Florida Civil Rights Act, Chapter 760, and the Palm Beach

County Civil Rights Ordinance. I have been harassed, have suffered from a hostile work environment and retaliated against in relation to my age and gender under Title VII in violation of the American's with Disabilities Act, the Florida Civil Rights Act, Chapter 760, and the Palm Beach County Civil Rights Ordinance.

**PERSONAL HARM**. My job, my wages and other benefits are in jeopardy. My reputation has been damaged. I have suffered severe mental anguish, inconvenience and loss of the enjoyment of life.

I reserve the right to supplement the foregoing.

Date: April ___, 2022          Charging Party: _____
                                               Maureen Herbst (Apr 27, 2022 14:33 EDT)
                                               **Maureen Herbst**

# Charge of Discrimination (Maureen Herbst)
Final Audit Report                                                                                                  2022-04-27

| | |
|---|---|
| Created: | 2022-04-27 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAngZ_Wi4ksb5b84g5ZFQI3_GOraOusPJX |

## "Charge of Discrimination (Maureen Herbst)" History

- Document created by Ketsia McClease (ketsiac@aol.com)
  2022-04-27 - 6:13:50 PM GMT- IP address: 68.225.138.32

- Document emailed to Maureen Herbst (mmherbst4@gmail.com) for signature
  2022-04-27 - 6:15:08 PM GMT

- Email viewed by Maureen Herbst (mmherbst4@gmail.com)
  2022-04-27 - 6:27:15 PM GMT- IP address: 74.125.210.47

- Document e-signed by Maureen Herbst (mmherbst4@gmail.com)
  Signature Date: 2022-04-27 - 6:33:47 PM GMT - Time Source: server- IP address: 172.58.175.199

- Agreement completed.
  2022-04-27 - 6:33:47 PM GMT

Adobe Acrobat Sign

Exhibit A