UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81746-CV-MIDDLEBROOKS

MAUREEN HERBST,

    Plaintiff,

v.

AMERICAN ORTHODONTICS CORPORATION,

    Defendant.

_____/

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AND DENYING REQUEST FOR 30-DAY STAY OF CASE

**THIS CAUSE** comes before the Court upon the motion of Steven L. Schwarzberg, esq.'s ("Mr. Schwartzberg") to withdraw as counsel of record for Plaintiff, filed on February 24, 2023 (DE 27). In the Motion, Mr. Schwartzberg indicates that Plaintiff seeks a stay of the case and any pending deadlines for 30 days to give Plaintiff an opportunity to retain new counsel. (DE 27 at 2). In support of his Motion, Mr. Schwartzberg cites that Plaintiff's Counsel and Plaintiff have "irreconcilable differences" necessitating withdrawal as counsel for Plaintiff. (DE 27 at 1).

Under Local Rule 11.1(d)(3), "no attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel." L.R. 11.1(d)(3). Mr. Schwartzberg has indicated that such notice has been served upon Plaintiff and has indicated that the motion is unopposed by opposing counsel.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The Motion to Withdraw (DE 27) is **GRANTED,** but the request for a stay is **DENIED.**

2. Attorney Steven L. Schwarzberg shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

3. Plaintiff **SHALL HAVE 14 DAYS** from the date of this Order to secure new counsel or enter a *pro se* appearance. Accordingly, no later than March 10, 2023, Plaintiff's new counsel shall file a notice of appearance or Plaintiff shall file a notice of *pro se* appearance.

4. Attorney Steven L. Schwarzberg **SHALL SERVE** a copy of this Order upon Plaintiff within **TWO DAYS** from the date of this Order and confirm Plaintiff's receipt thereof. Steven L. Schwarzberg is further **DIRECTED** to file a certificate of service indicating the date on which service was accomplished and the manner in which Plaintiff's receipt of this Order was confirmed.

5. **Plaintiff is cautioned that failure to timely comply with this order may result in dismissal of this action for failure to prosecute or for failure to comply with court orders.** The Parties are advised that this Order will not constitute good cause to modify and or extend litigation deadlines.

6. Plaintiff's request for a stay of the case and any pending deadlines for 30 days is **DENIED.** After Plaintiff retains new counsel (or advises the court of her intent to proceed *pro se*), I will consider whether rescheduling pretrial deadlines is necessary upon appropriate motion and if good cause is shown.

SIGNED in Chambers at West Palm Beach, Florida this 27 day of February, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record